UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO. 4:14-CR-00578 |
| LYNDELL LEROY PRICE | § | |

## ORDER TERMINATING PROBATION

**ON THIS DAY** came to be heard Unopposed Motion for Early Termination of Supervised Release, and having been considered, said Motion is hereby:

✓ _____ GRANTED

_____ DENIED

SO ORDERED on this the _13th_ day of _August_, 2020.

_____
UNITED STATES DISTRICT JUDGE